```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 05418
   ROSALIE M OLSEN
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-2713


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/27/07 .

     2.  The case was dismissed without confirmation, 07/13/2007.

     3.  The Debtor paid a total of $    443.00 .

------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL    CURRENT MORTG         .00           .00           .00
COUNTRYWIDE FINANCIAL    MORTGAGE ARRE   NOT FILED           .00           .00
AURORA LOAN SERVICES INC SECURED               .00           .00           .00
AURORA LOAN SERVICES INC MORTGAGE ARRE   NOT FILED           .00           .00
BAXTER CREDIT UNION      SECURED               .00           .00           .00
NICOR GAS                UNSECURED       NOT FILED           .00           .00
         Summary of disbursements:
------------------------------------------------------------------------
                  SECURED     PRIORITY   UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00         .00          .00          .00
PRINCIPAL PAID        .00         .00         .00          .00          .00
INTEREST PAID         .00         .00         .00          .00          .00
TOTAL PAID            .00         .00         .00          .00          .00
The Debtor's attorney, COHEN & KROL             , was allowed $         .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $   443.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 10/09/07              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                                        PAGE   2
        CASE NO. 07 B 05418 ROSALIE M OLSEN
```